UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| ANTHONY DAVID TEAL and ONETA KAY TEAL, ) ) ) | |
| *Plaintiffs*, ) ) ) | 4:13-CV-19 (Lead Case) 4:13-CV-51 |
| v. ) ) | Judge Curtis L. Collier |
| COFFEE COUNTY BANK, et al., ) ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

Before the Court is a motion for summary judgment by Defendants Coffee County Bank, Kenneth Kirby, Keith Pippenger, and Shawn Trail ("Defendants") on federal and state claims asserted by Plaintiffs Anthony David Teal and Oneta Kay Teal ("Plaintiffs") (Court File No. 103 in the lead case, No. 4:13-CV-19). For the following reasons, the Court **GRANTS** Defendants' motion for summary judgment on Plaintiffs' federal claims and declines to exercise supplemental jurisdiction over Plaintiffs' state law claims (Court File No. 103). Accordingly, the Court **DISMISSES** the cases. There being no other issues, the Court **DIRECTS** the Clerk of Court to **CLOSE** these cases.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ Debra C. Poplin
    CLERK OF COURT